# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SALAHUDDIN FARD SMART,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JUDGE REBECCA SAXE, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-00351-CDS-NJK<br><br>**Order** |

According to the State of New Jersey Department of Corrections inmate finder, Plaintiff is no longer at the address listed with the Court. Pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR. IA 3-1. The Court grants Plaintiff until **October 31, 2025**, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by October 31, 2025, this case will be subject to dismissal without prejudice.

Accordingly, for the reasons stated above,

IT IS ORDERED that Plaintiff must file his updated address with the Court no later than **October 31, 2025**.

///
///
///
///
///
///

1

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

IT IS SO ORDERED.

DATED: October 6, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE